379 A.2d 595

Commonwealth v. Kelly, Appellant.

Submitted November 8, 1976. Oliver E. Mattas, Jr., Assistant Public Defender, for appellant; Thomas G. Peoples, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.